IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KASANDRA BELLAMY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 15 CV 2678 |
| | ) | |
| The CITY OF CHICAGO, et al., | ) | Judge CHANG |
| | ) | |
| Defendants. | ) | Magistrate Judge COX |

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT**

Plaintiff Kasandra Bellamy respectfully requests that the Court enter an order holding Defendant Haywil, LLC in default.

1. Bellamy filed her complaint on March 30, 2015, alleging federal claims of false arrest and excessive force, as well as state law claims for battery and malicious prosecution, against Defendants Haywil, LLC, the City of Chicago, and four Chicago police officers.

2. On April 1, 2015, Plaintiff served a summons on Defendant Haywil by certified mail. *See Certified Mail Delivery Receipt,* attached as **Exhibit A**.

3. On May 27, 2015, Bellamy also served an alias summons on Defendant Haywil's registered agent, Incorp Services, Inc., which Bellamy identified as Defendant Haywil's registered agent through the Office of the Secretary of State of Illinois, in person. *See Executed Summons Receipt,* attached as **Exhibit B**.

4. As of today's date, Defendant Haywil has not filed an appearance or a responsive pleading.

**WHEREFORE,** Bellamy respectfully requests that this Court enter an order holding Defendant Haywil in default.

Respectfully submitted,

/s Kevin T. Turkcan
One of Plaintiff's Attorneys

Kevin T. Turkcan, *of counsel*
HAMILTON LAW OFFICE, LLC
53 West Jackson Boulevard, Suite 452
Chicago, Illinois 60604
312.726.3173