UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kasandra Bellamy

                        Plaintiff,

v.                                             Case No.: 1:15−cv−02678
                                               Honorable Edmond E. Chang

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 1, 2015:

        MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Plaintiff's motion for leave to withdraw the appearance of Elizabeth R. Uribe [33] is granted. Motion hearing held on Plaintiff's motion for entry of order of default as to Defendant Haywil, LLC [31]. Defendant Haywil, LLC, has now been properly served, and has failed to answer or otherwise plead on time. Therefore, Plaintiff's motion for order of default [31] is granted. If Hawyil LLC wishes to vacate the default, then it must act promptly (and through an attorney, because corporations cannot be represented by pro se individuals). Counsel reported on the status of discovery; both sides issued written discovery and the responses are due in about two weeks. Status hearing set for 08/17/2015 at 9:15 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.