# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Kasandra Bellamy,

Plaintiff(s),

v.

Hillel Watkins et al.,

Defendant(s).

Case No.  15 C 02678
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: Jury returns verdict: (1) in favor of Plaintiff Bellamn on Count 1 (excessive force against Defendant Watkins), in the amount of $9,000.00 in compensatory damages and $8,000.00 in punitive damages; (2) in favor of Defendants Watkins on Count 2 (false arrest); and (3) in favor of both Defendants Watkins and Viti on Count 3 (malicious prosecution).   Judgment is entered against the City of Chicago on Count 1 for $9,000.00 in compensatory damages and for the City of Chicago on Counts 2 and 3.

---

This action was *(check one)*:

☒ tried by a jury with Judge Edmond E. Chang presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date:  6/17/2016                 Thomas G. Bruton, Clerk of Court

\s\Sandra Brooks , Deputy Clerk

\s\Sandra Brooks , Deputy Clerk